IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 5:04-00237

JAMIE LEE FRANCE

<u>MEMORANDUM OPINION AND ORDER</u>

The court is proceeding on its own motion, pursuant to 18
U.S.C. § 3582(c)(2), to reduce defendant's sentence based on a
subsequent reduction in the applicable sentencing guideline.  On
November 1, 2007, the United States Sentencing Guidelines were
amended to reduce by two levels the guidelines in Section 2D1.1
for cocaine base (also known as crack).  Subsequently, the
Sentencing Commission amended Section 1B1.10 to make the crack
amendment retroactive, effective March 3, 2008.

The court has received and considered the Original
Presentence Investigation Report (PSI), the Judgment and
Commitment Order and Statement of Reasons, addendum to the PSI
from the Probation Office, memoranda filed by defendant and the
United States, and other matters of record.  The court has also
considered the applicable factors under 18 U.S.C. § 3553(a),
consistent with § 3582(c)(2), and public safety.

Having reviewed the materials of record, the court has
determined that the motion must be **DENIED**.  As defendant
concedes, he was sentenced as a career offender.  Accordingly,

the guideline range applicable to defendant has not been lowered as a result of the amendment.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, the United States Probation Office, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 16th day of April, 2009.

ENTER:

David A. Faber
Senior United States District Judge